UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KAYDEAN GORDON

                Plaintiff,

v.

SANTANDER CONSUMER USA, INC. et al

                Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __04/29/2025__

7:22-cv-09551-NSR
ORDER

NELSON S. ROMÁN, United States District Judge:

    On January 25, 2024, the Court issued an Opinion and Order (the "Order") granting Santander Consumer USA, Inc.'s Motion to Dismiss Plaintiff Kaydean Gordon's ("Plaintiff") Complaint. In that Order Plaintiff was granted until February 26, 2024 to file an Amended Complaint reasserting any claims which had been dismissed without prejudice and was advised that failure to timely comply would result in such claims being dismissed with prejudice. Despite the Court's Order, there has been no further communication or action taken on the part of Plaintiff since before the Court issued the Order. Accordingly, it is hereby ordered that Plaintiff's claims against Santander Consumer USA, Inc.'s are dismissed with prejudice and Defendant Santander terminated.

    The Clerk of Court is respectfully directed to mail a copy of this order to *pro se* Plaintiff at the addresses on ECF, and show service on the docket, and terminate Defendant Santander Consumer USA, Inc. from the instant matter.

SO ORDERED.

    Dated:    April 29, 2025
                  White Plains, New York

SO ORDERED:

_____
NELSON S. ROMÁN
United States District Judge