UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 05/23/2025
```

KAYDEAN GORDON

          Plaintiff,

v.

SANTANDER CONSUMER USA, INC. et al

          Defendants.

7:22-cv-09551-NSR

ORDER

NELSON S. ROMÁN, United States District Judge:

On April 29, 2025, the Court issued an Order to Show Cause (the "Order") directing Plaintiff to show cause in writing on or before May 21, 2025 as to why this action against Defendant NYC Motorcars of the Bronx should not be dismissed without prejudice for want of prosecution pursuant to Fed. R. Civ. P. 41(b). Failure to comply with the Order would result in dismissal of this case for want of prosecution. Despite the Court's Order, there has been no further communication or action taken on the part of Plaintiff. Accordingly, it is hereby ordered that Plaintiff's claims against NYC Motorcars of the Bronx are dismissed without prejudice and the matter terminated.

The Clerk of Court is respectfully directed to terminate the instant matter and mail a copy of this order to *pro se* Plaintiff at the addresses on ECF and show service on the docket.

SO ORDERED.

    Dated:    May 23, 2025
                     White Plains, New York

SO ORDERED:

_____
NELSON S. ROMÁN
United States District Judge